IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH D. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KELLY MASUDA, et al.,<br><br>　　　　Defendants. | No. 2:23-CV-2883-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file a first amended complaint. See ECF No. 10. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time to allow for efforts to obtain retained counsel, Plaintiff's motion will be granted. Plaintiff's request for appointment of counsel by the Court will be addressed by separate order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 10, is GRANTED.

2. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

Dated: February 7, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE